IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-148-D
No. 5:14-CV-654-D

| | |
|---|---|
| LEROY EARL LOVELL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules

Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant

to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to

the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days

of the filing of this order.

SO ORDERED. This 7 day of January 2015.

JAMES C. DEVER III
Chief United States Distrcit Judge