UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:11-CR-148-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER TO SEAL |
| | ) (DE 96) |
| LEROY EARL LOVELL | ) |
| | ) |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 96 be sealed until further notice by this Court.

This 16 day of March, 2021.

JAMES C. DEVER III
United States District Judge